UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUESE D. COOPER,<br><br>  Plaintiff,<br><br>  v.<br><br>THE AIS CENTER AND OUTPATIENT SURGERY, et al.,<br><br>  Defendants. | Case No.: 1: 24-cv-0032 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING THE ACTION FOR PLAINTIFF'S FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER; AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br>(Doc. 14) |

Marquese D. Cooper initiated this action seeking to hold the defendants liable for violations of his civil rights. (Doc. 1.) The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim upon which relief may be granted. (Doc. 9 at 3-6.) The Court provided the relevant legal standards and granted Plaintiff an opportunity to file an amended complaint. (*See id.* at 7.)

Plaintiff timely filed an amended complaint. (Doc. 10.) However, the magistrate judge struck the amended pleading because it was unsigned. (Doc. 11 at 2-3.) Despite the procedural deficiency, the magistrate judge also screened the amended pleading and found the "factual allegations fail to give rise to a cognizable claim for relief." (*Id.* at 4; *see also id.* at 4-6.) The magistrate judge directed Plaintiff to file an amended complaint that was signed under penalty of perjury within 30 days. (*Id.* at 7.) After Plaintiff failed to do so, the magistrate judge issued an order to Plaintiff to show cause why the action should not be dismissed. (Doc. 12.)

1

After Plaintiff failed to file an amended complaint or otherwise respond to the Court's order, the magistrate judge reiterated the findings that Plaintiff failed to state a claim, and recommended the action be dismissed. (Doc. 14 at 3-6.) In addition, the magistrate judge found terminating sanctions were appropriate for Plaintiff's failure to prosecute the action and failure to obey the Court's order to file an amended complaint, after considering the factors identified by the Ninth Circuit. (*Id*. at 6-9.)

The Court served these Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 14 at 9.) The Court also advised him that the "[f]ailure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of the action. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 31, 2024 (Doc. 14) are **ADOPTED** in full.
2. The instant action is **DISMISSED** with prejudice for Plaintiff's failure to state a claim, failure to prosecute, and failure to comply with the Court's order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 30, 2024**

UNITED STATES DISTRICT JUDGE